IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-MJ-00144(ZMF) |
| ) | |
| ) | |
| Anthony R. Mariotto ) | |

**DECLARATION OF EDWARD D. REAGAN IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, EDWARD D. REAGAN ESQ., hereby declare;

1. My name, office address, and telephone number are as follows:

    EDWARD D. REAGAN P.A.

    658 WEST INDIANTOWN ROAD- SUITE 209

    JUPITER, FL 33458

    (561) 832-7443; (F) 561-683-9970

    edward.d.reagan@gmail.com

2. I have been admitted to the following courts and bars:

    The Florida Bar February 1994;

    United States District Court for the Southern District of Florida July 2000;

    United States Court of Appeals for the Eleventh Circuit April 2002.

1

3.  I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4.  I have not been previously admitted pro hac vice in this Court, in the last two years, or otherwise.

5.  I do not have an office located within the District of Columbia

I declare under penalty of perjury that the foregoing is true and correct.

_____
EDWARD D. REAGAN ESQ.