AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00144 |
| ANTHONY R. MARIOTTO | ) Assigned to: Judge Zia M. Faruqui |
| AKA: TONY MARIOTTO | ) Assign Date: 1/21/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| _Defendant_ | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_                    Anthony R. Mariotto                    ,
who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment    ◻ Superseding Indictment    ◻ Information    ◻ Superseding Information    ☒ Complaint
◻ Probation Violation Petition    ◻ Supervised Release Violation Petition    ◻ Violation Notice    ◻ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. 1752 (a)(1)&(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
  Lawful Authority

  40 U.S.C. 5104(e)(2)(B), (D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

2021.01.21
18:24:04 -05'00'

Date:     01/21/2021

_Issuing officer's signature_

City and state:      Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 1/22/2021 , and the person was arrested on _(date)_ 1/22/2021 at _(city and state)_ Fort Pierce, Fl . |
| Date: 1/22/2021 |

For Christopher Mayo FBI
_Arresting officer's signature_

Scott Tray Dunn  For Christopher Mayo FBI
_Printed name and title_