IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-94 RBW

v.

ANTHONY MARIOTTO
    Defendant.
_____/

**ENTRY OF PERMANENT APPEARANCE OF COUNSEL**

    I, Edward D. Reagan, enter my appearance as Counsel for Defendant, ANTHONY MARIOTTO, in this cause.

DATED; 10^(TH) day of FEBRUARY 2021.

    /s/:*Edward D. Reagan Esq.*
    *Signature of Attorney*

    Edward D. Reagan, P.A.
    *Attorney Name*

    0028215
    *Florida Bar Number*

    Edward D. Reagan, P.A.
    658 W. Indiantown Road.-Suite 209
    Jupiter, FL 33458
    *Address*
    *TELE: 561-832-7443*
    *Edward.d.reagan@gmail.com*