UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ANTHONY MARIOTTO, )<br>)<br>Defendants. )<br>) | Criminal Action No. 21-94 (RBW) |

### ORDER

In accordance with the oral rulings issued by the Court at the arraignment held on April 9, 2021, it is hereby

**ORDERED** that, on or before April 12, 2021, the defendant shall respond to the government regarding the issuance of a protective order in this case. It is further

**ORDERED** that the United States' Motion to Continue and to Exclude Time Under the Speedy Trial Act, ECF Nos. 15 and 16, is **GRANTED**. It is further

**ORDERED** that, with the defendants' consent, the time from April 9, 2021, until June 11, 2021, is excluded under the Speedy Trial Act in light of the need for the government to provide discovery to the defendant and the need for the defendant to review that discovery. It is further

**ORDERED** that the parties shall appear before the Court for a status hearing on June 11, 2021, at 10:00 a.m. via teleconference.

**SO ORDERED** this 9th day of April, 2021.

REGGIE B. WALTON
United States District Judge