UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-94 (RBW) |
| | : | |
| **ANTHONY MARIOTTO,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO CONTINUE AND
### TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney the Acting United States Attorney for the District of Columbia, and the defendant, by and through his attorney Edward Reagan, hereby move this Court to vacate the status conference presently scheduled for July 16, 2021, to continue the matter for approximately 60 days, and further to exclude the time within which an indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). The parties submit that they are attempting to resolve the instant matter and need additional time to complete the process.

The parties submit that under these circumstances, the ends of justice to be served by a 60-day continuance outweigh the interests of the public and the defendant in a speedy trial, and the Court should consequently exclude time under the Speedy Trial Act for the above stated reasons, as well as those outlined in the Government's Unopposed Motion to Exclude Time, ECF No. 16.

Undersigned counsel has provided a copy of this motion to Edward Reagan, Esq., counsel for the defendant, and Mr. Reagan informed the undersigned that this may be filed as a joint

motion. The parties respectfully request a date in the week of September 13, 2021.[1]

WHEREFORE, the parties respectfully requests that this Court grant the motion for an approximately 60-day continuance of the above-captioned proceeding, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

                              Respectfully submitted,

                              CHANNING D. PHILLIPS
                              Acting United States Attorney
                              DC Bar No. 415793

By:    /s/ *Kimberley C. Nielsen*
        Kimberley C. Nielsen
        Assistant United States Attorney
        N.Y. Bar No. 4034138
        555 4th Street, N.W., Room 9913
        Washington, D.C. 20530
        Phone: 202-252-7418
        Email: Kimberley.Nielsen@usdoj.gov

---

[1] Undersigned counsel is not available the morning of Friday, September 17, 2021.