## PERSONAL STATEMENT OF ANTHONY MARIOTTO

Your Honor, the first thing I want to say is that I apologize for being a part of dividing our country even more than it already is. My intention for going to the protest was to have our leaders and former Vice President Pence hear our voices in hopes he would listen to the people and some of the state legislatures and put a pause on certifying the election while a complete audit was done .

I understand that this court and millions of other people do not agree with that, but I have to at least tell you that was my intent.


Once the FBI contacted me in Georgia, I immediately came back to my Florida home and turned myself in. Your Honor, I know being naïve to the law is not a defense. This is why during my interview with the FBI agents and my tv interview, I said I would take full responsibility for my actions and this is also why I pled guilty before your court. I'm not trying to get out of anything.

I've lived my whole life trying to do the right thing and be a decent human being . It is obvious I made a bad decision on January 6th, but it is important for me to tell you that I'm not part of any right wing group.   I never pre planned or had any intentions to go into that building that day. Like many of the people charged, I got caught up in the moment.  I hope you will judge me based on my entire 53 years on this earth and not just on the brief period I was in the Capitol.

Per my Anthony Mariotto participation outlined by Ms. Nielsen in the plea paperwork, I never committed any violence, theft or vandalism.

Again I'm not trying to get out of anything and I take full responsibility for parading, picketing and demonstrating in the Capitol building.


ANTHONY MARIOTTO