

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
UNITED STATES OF AMERICA          )
                                                        )
v.                                                     )        Criminal Action No. 21-94 (RBW)
                                                        )
ANTHONY MARIOTTO,                     )
                                                        )
             Defendant.                           )
_____)

### ORDER

The Court requiring additional information regarding the defendant's Motion for Early Termination of Probation ("the defendant's motion"), ECF No. 41, it is hereby

**ORDERED** that, on or before February 6, 2023, the United States Probation Office shall file a notice on the docket, indicating its position as to the defendant's motion. It is further

**ORDERED** that, on or before February 6, 2023, the government shall file a notice on the docket, stating its rationale for opposing the defendant's motion. It is further

**ORDERED** that, on February 28, 2023, at 10:30 a.m., the parties shall appear before the Court for a hearing on the defendant's motion, via videoconference.

**SO ORDERED** this 20th day of January, 2023.

_____
REGGIE B. WALTON
United States District Judge