# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-94 (RBW) |
| ANTHONY MARIOTTO, | ) |
| Defendant. | ) |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on February 28, 2023, via videoconference, it is hereby

**ORDERED** that the defendant's Motion for Early Termination of Probation, ECF No. 41, is **DENIED**.

**SO ORDERED** this 24th day of March, 2023.

REGGIE B. WALTON
United States District Judge